Form ntchrgBK

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:*   Chasity D. Ausborn                                         *Case No.:* 18–90353
          *Debtor*
                                                                      *Chapter:* 7

---

***PLEASE TAKE NOTICE*** that a Hearing will be held at

   U.S. Courthouse, Courtroom C, 1st Floor, 201 S. Vine Street, Urbana, IL 61802

   on 5/2/18 at 10:00 AM

to consider and act upon the following:

Debtor's Motion to Vacate Dismissal Order and any objections thereto.


Dated: 4/19/18


                                                          /S/   Adrienne D. Atkins
                                                        Clerk, U.S. Bankruptcy Court


   Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.